IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v. : <br> : <br> **DAVID SWANSON,** :    **CASE NO: 7:23-cr-64 (WLS)** <br> : <br> **Defendant.** : <br> _____ : | |

**ORDER**

    Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Tuesday, August 15, 2023, at 3:00 p.m. and for trial on Monday, September 11, 2023 (Doc. 14). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*)

    The Defendant filed a timely Motion to Continue (Doc. 15) ("Motion") stating Defendant's first appearance occurred on July 14, 2023. Defendant states discovery is extensive and likely involves numerous videos, recordings, photographs, and investigative reports. (*Id.*) Defense Counsel has not received discovery and anticipates that reviewing discovery and preparing for trial will require more time than usual given the charges and nature of the offenses involved. Defense Counsel requests more time to obtain discovery, consider the discovery provided, investigate the case, discuss the case with the Defendant, research applicable motions to be filed, consider plea negotiations, and other matters that would not be able to be done before the September 11, 2023 trial date. (*Id.*) Defense Counsel requests that the pretrial conference be cancelled, that the trial be continued to the next term in the Valdosta Division, that the deadline for filing pretrial motions be extended, and that the period of delay be excluded in computing the time within which trial must commence in this case under the Speedy Trial Act. Defense Counsel represents that the Government's Counsel does not oppose the Motion. (*Id.*)

    Based on the Defendant's stated reasons, the Court finds that a continuance is required for Defense Counsel to effectively prepare for trial. The Court further finds the ends of justice

1

served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).  Therefore, the Motion (Doc. 15) is **GRANTED**.  The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 term and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The August 15, 2023 pretrial conference and motions deadlines related to such pretrial conference are **CANCELLED**.

**SO ORDERED**, this 24th day of July 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**