IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | |
| **DAVID SWANSON,** : | **CASE NO: 7:23-cr-64 (WLS)** |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

Before the Court is a Motion for Continuance (Doc. 20) submitted by Defendant Swanson on September 4, 2023. Therein, Defendant requests the Court to continue both the pretrial conference and the trial currently set for the Court's November 2023 trial calendar, and requests that the case be continued to the next available Valdosta trial term. (*Id.*) Defense Counsel explains that discovery is ongoing, extensive and involves numerous videos, photographs, and investigative reports. (*Id.*) Thus, Defense Counsel contends that additional time to review the discovery, to research potential motions, and to consult with computer forensic experts is necessary. (*Id.*) Defense Counsel also notes that his house was recently struck by a tree during a hurricane and that Counsel is in the process of moving and finding alternative housing. (*Id.*) Defense Counsel further states that the Government does not oppose the instant Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion for Continuance (Doc. 20) is **GRANTED**. The pretrial conference is **CANCELED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February

1

trial term beginning on February 5, 2024, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __5th__ day of September 2023

/s/ W. Louis Sands_____
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**