IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v. : <br> : <br> **DAVID SWANSON,** : <br> : <br> **Defendant.** : <br> _____ : | **CASE NO: 7:23-cr-64 (WLS)** |

### ORDER

Before the Court is the Defendant's Motion for Bond Pending Sentencing and Voluntary Surrender and Sentencing Memorandum (Doc. 24) ("Motion") filed February 9, 2024.  A change of plea hearing in this matter is scheduled for Thursday, February 22, 2024.

Accordingly, the Government is hereby ORDERED to file a response to the Motion on or before Friday, February 16, 2024.

**SO ORDERED**, this 12th day of February 2024.

                                                                             /s/ W. Louis Sands
                                                                             **W. LOUIS SANDS, SR. JUDGE**
                                                                             **UNITED STATES DISTRICT COURT**