IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:23-cr-64-WLS-TQL** |
| **DAVID SWANSON,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

On May 15, 2024, the United States Probation Office ("USPO"), via memorandum, requested a continuance of Defendant David Swanson's sentencing hearing currently scheduled for Thursday, May 23, 2024.

On February 22, 2024, Defendant pled guilty to a charge of Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Doc. 28). On April 25, 2024, Defendant was granted an extension of time through May 15, 2024, within which to file objections, if any, to the Revised Presentence Investigation Report (Doc. 32). Defendant's Objections to Presentence Investigation Report and Sentencing Memorandum (Doc. 35) ("Objections") were timely filed. The USPO requests the continuance of the sentencing hearing due to the complexity of the Defendant's objections and to ensure that the presentence investigation officer has adequate time to conduct the proper research and to compile a thorough response to the Defendant's written objections. The probation officer advises that the Defendant has been in federal custody since February 22, 2024, and the current advisory guideline range is 240 months. Therefore, it appears there is little chance the requested continuance would result in an over-service of any sentence that will likely be imposed in this case.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." As noted above, Defendant entered a plea of guilty in this matter on February 22, 2024. As detailed responses to the Objections from the probation officer, as well as the Government, will assist this Court in determining a sentence that is "sufficient, but not greater than necessary" to serve the purposes of sentencing set forth in 18

U.S.C. § 3553(a), the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that:

1. The Sentencing Hearing currently scheduled for May 23, 2024, is **CANCELLED.**
2. Defendant's Sentencing Hearing is rescheduled to **Wednesday, July 31, 2024 at 3:00 p.m. in Albany, Georgia.**
3. Unless extended by the Court, on or before **Thursday, June 13, 2024**, the probation officer may file any amended Presentence Investigation Report. Counsel for the Government and the Defendant shall promptly review the final Presentence Investigation Report and promptly file any responses thereto.

**SO ORDERED**, this 16th day of May 2024.

                                       /s/ W. Louis Sands
                                       **W. LOUIS SANDS, SR. JUDGE**
                                       **UNITED STATES DISTRICT COURT**