IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:  7:23-cr-64-WLS-TQL** |
| **DAVID SWANSON,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

On October 7, 2024, the Defendant's Waiver of Restitution Hearing (Doc. 49) ("Waiver") was filed. Therein, Defendant agreed to pay restitution of $3,000 to Minor #5 and waived his right to a restitution hearing on that matter.

Accordingly, the October 22, 2024 restitution hearing is **CANCELLED**.  An amended judgment shall be entered in this case acknowledging satisfaction of the amount of restitution as to Minors #1 through #4; ordering that restitution be paid to Minor #5 in the amount of $3,000; and ordering Defendant to pay restitution to the Identified Victims as set forth in the Identified Victims Agreement. (*See* Orders Docs. 46, 48).

**SO ORDERED**, this 9th day of October 2024.

                 /s/ W. Louis Sands
                 **W. LOUIS SANDS, SR. JUDGE**
                 **UNITED STATES DISTRICT COURT**