IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :     CASE NO: |
| | :     7:23-cr-64 WLS-ALS |
| DAVID SWANSON, | : |
| | : |
| Defendant. | : |
| _____ | : |

### ORDER

Before the Court is the Defendant's § 3582(c)(1)(2)(A) Motion for Sentence Reduction Pursuant to the First Step Act of 2018 (Doc. 53) ("Motion") filed April 1, 2025. The Government is hereby **ORDERED** to file a response to the Motion on or before **Tuesday, April 22, 2025**.

**SO ORDERED**, this 4th day of April 2025.

                                               /s/ W. Louis Sands
                                               **W. LOUIS SANDS, SR. JUDGE**
                                               **UNITED STATES DISTRICT COURT**